**FILED**

AUG 21 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:12-CR-081-PMP-(RJJ) |
| ) | |
| JESSICA CASILLAS, aka J, ) | |
| ) | |
| Defendant. ) | |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on August 21, 2012, defendant JESSICA CASILLAS, aka J, pled guilty to Counts One and Two of a Ten-Count Criminal Indictment charging her in Count One with Conspiracy to Distribute a Controlled Substance - Cocaine in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and in Count Two with Conspiracy to Distribute a Controlled Substance - Methamphetamine in violation of Title 21, United States Code, Sections 846 and 841(a)(1). Criminal Indictment, ECF No. 20.

This Court finds that at the Change of Plea hearing on August 21, 2012, defendant JESSICA CASILLAS, aka J agreed to the forfeiture of the property set forth in Forfeiture Allegations of the Criminal Indictment. Criminal Indictment, ECF No. 20.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between the property set forth in the Forfeiture Allegations of the Criminal Indictment and agreed to at the Change of Plea hearing on August 21, 2012, and the offenses to which defendant JESSICA CASILLAS, aka J pled guilty.

The following assets are subject to forfeiture pursuant to Title 21, United States Code, Section 853(a)(1) and (a)(2); and Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c):

 a. $6,871.00 in United States Currency, seized from Defendants;

 b. Heckler & Koch, Black, 9mm Handgun, Serial Number 24-088771;

 c. Smith & Wesson Magnum .357 Revolver, Silver, Serial Number DA40487;

 d. Sig Sauer P238, .380 caliber, Black Handgun, Serial Number 27A945232;

 e. Mondial 1900 Single Shot Black Handgun, .22 caliber, Serial Number A78870;

 f. B&A Revolver, Silver, .22 caliber, No serial number observed; and

 g. any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of JESSICA CASILLAS, aka J in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

. . .

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

2 filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

3    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

4 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

5 following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

10    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

11 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

12 following publication of notice of seizure and intent to administratively forfeit the above-described

13 property.

14    DATED this 21st day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE